Vincent Wilson #189816    Thursday, November 3, 2022

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
22cv845-DHU-SCY
NOV 07 2022
MITCHELL R. ELFERS
CLERK

Dear Clerk,

I will like to file a complaint in you all court and will need complaint forms, fee waivers, and Motions for the following reasons. I can't get justice like I want to in the states District of Columbia, Maryland, and Virginia. The Superior Court in dc wouldn't let me file any of my serious complaints that I want to but pick and choose what I file. Stopping me from telling and getting the relief that I am entitled to. The FBI in dc, Senator Kerry along with a white woman, and facebook gave me full blown Aids in 2015 which means I only have 2 yrs to live. I was murdered by the DMV government. District of Columbia, Maryland, Virginia. I just want justice for all my cases and my death. The DMV Area put the crooked conspiracy camera on me to kill me, including the United States of America and put police on me I'm not a criminal. The United States have been trying to kill me in my food where ever I go so I wouldn't tell on them. It's a long story. Please let me file a lawsuit there. "To Be Continue"

FILED
UNITED STATES DISTRICT COURT
NEW MEXICO

NOV 07 2022

MITCHELL R. ELFERS
CLERK

Vincent Wilson #189816
Arlington County Detention Center
1435 North Courthouse Road
Arlington, VA 22201



RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 07 2022

MITCHELL R. ELFERS
CLERK

Clerk's office
United States Courthouse, ste. 270
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

87102-227470

Urgent

Urgent